# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

DOC NO
REC'D/FILED
2015 NOV 18 AM 10: 29
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Eric Thomas Wrhel__

vs

(Full name of defendant(s))

__United States of America__
__Commissioner of the Internal__
__Revenue Service__

Case Number: __15 C 732-jdp__
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2348 Superior St #1   Madison, WI 53704__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Commissioner of the I.R.S._
                                                                    (Name)

is (if a person or private corporation) a citizen of _____
                                                                    (State, if known)

and (if a person) resides at _____
                                                                    (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _U.S. Treasury Dept Washington, D.C._
                        (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) The U.S. Internal Revenue Service
2) In Jan of 2012 a review of Unreported Income was performed. A $287 tax deficiency was determined for a tax that is not owed to the U.S. As a result the Notice of Deficiency and tax Notice were sent to an address the IRS "KNew" I did not Live at.
3) Jan. 23rd, 2012 date of offense

4) Fresno, CA apparently issued the notices to 2300 Newbury Circle Unit D in Burlington, ~~Iowa~~. I have not lived at this address since Aug of 2005. The very return that was reviewed had my Madison WI address on it. I have lived at this Address since Feb of 2008.

5) I believe there was malicious intent to make an attempt to collect as much tax possible in retaliation to an inheritance (check/cash) portion that the IRS tried and was unsuccessful at getting tax on. To the tune of $36,000 they said they wanted when they called me on the phone in 2013 and claimed. I'm not sure why this was done. What I "Do" know. No One has the power to take anything from Anyone, at anytime, without giving the person due process. I was robbed of that opportunity here. See case 15-cv-039

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1) Hold the United States accountable for its "Gross Negligence"

2) Hold the United States IRS and any employees involved accountable for "Abuse of Powers by Congress" and terminate employees involved.

3) Pay the sum of $1,000,000.00 to the Dane County Humane Soceity.

4) Refrain from committing anymore 4th Amendment Violations going forward.

E.   JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

~~Court Trial – I want a judge to hear my case~~

Dated this __8__ day of __November__ 20__15__.

Respectfully Submitted,

_Eric T. Wnuk_
Signature of Plaintiff

__608-520-2223__
Plaintiff's Telephone Number

__sda45523@gmail.com__
Plaintiff's Email Address

__2348 Superior St. #1__
__Madison, WI 53704__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.