IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC THOMAS WRHEL,

        Plaintiff,

v.

UNITED STATES OF AMERICA and
COMMISSIONER OF THE INTERNAL
REVENUE SERVICE,

        Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-732-jdp

        This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants United States of America and the Commissioner of the Internal Revenue Service granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

/s/                                                                                  8/26/2016

Peter Oppeneer, Clerk of Court                         Date